1   DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
2   MARC C. AMENT, Bar #59080
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   FLOYD WAYNE STANLEY

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. 1:05-cr-0387 OWW
                                        )
12              Plaintiff,              )    STIPULATION TO CONTINUE STATUS
                                        )    CONFERENCE, AND ORDER THEREON
13       v.                             )
                                        )    Date:  March 14, 2006
14  FLOYD WAYNE STANLEY,                )    Time:  9:00 a.m.
                                        )    Judge: Honorable Oliver W. Wanger
15              Defendant.              )
                                        )
16  _____    )

17

18                            **STIPULATION**

19       It is hereby stipulated by and between the parties hereto that the status conference in the above-

20  entitled matter now set for February 7, 2006 may be continued to **March 14, 2006, at 9:00 a.m.**

21       The reason for this continuance is to allow counsel for defendant time for further defense

22  preparation and to obtain further discovery.

23       The parties agree that any delay resulting from this continuance shall be excluded in the interest of

24  justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

25  ///

26  ///

27  ///

28  Stipulation and Proposed Order

1

McGREGOR W. SCOTT
United States Attorney

2

3    DATED: February 2, 2006          By:    /s/ Sheila K. Oberto
                                              SHEILA K. OBERTO
4                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff
5

6
                                              DENNIS S. WAKS
7                                             Acting Federal Defender

8

9    DATED: February 2, 2006          By:    /s/ Marc C. Ament
                                              MARC C. AMENT
10                                            Assistant Federal Defender
                                              Attorney for Defendant
11                                            FLOYD WAYNE STANLEY

12

13

14                                  **ORDER**

15        IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161.  For the reasons stated

16   above, the court finds that the ends of justice served by the delay outweigh the best interest of the public

17   and the defendants in a speedy trial.

18

19

20   DATED: February 3 , 2006              /s/ OLIVER W. WANGER
                                           OLIVER W. WANGER, Judge
21                                         United States District Court
                                           Eastern District of California
22

23

24

25

26

27

28

Stipulation and Proposed Order          2