DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FLOYD WAYNE STANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                   *Plaintiff*,             )<br>                                                        )<br>           v.                                      )<br>                                                        )<br> FLOYD WAYNE STANLEY,    )<br>                                                        )<br>                  *Defendant*.         )<br>                                                        )<br>_____) | NO. 1:05-cr-0387 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON<br><br>Date:  April 11, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference in the above-entitled matter now set for March 14, 2006 may be continued to **April 11, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further defense preparation and to obtain further discovery.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

Stipulation and Proposed Order

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: March 9, 2006 | By:   /s/ Sheila K. Oberto<br>SHEILA K. OBERTO<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: March 9, 2006 | By:  /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>FLOYD WAYNE STANLEY |

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161. For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 9, 2006**           **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE