**LODGED**

APR 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**FILED**

APR 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 | SAWL & NETZER
  | 2150 Tulare Street
2 | Fresno, CA 93721
  | (559) 266-9800
3 | (559) 266-3421 Fax
4 | Attorneys for Defendant

5

6 | **UNITED STATES DISTRICT COURT**

7 | **EASTERN DISTRICT OF CALIFORNIA**

8

9 | THE UNITED STATES,                    )    Case No. 1: 05CR387-OWW
  |                                       )
10 |                      Plaintiff,       )
   |                                       )
11 |            v.                         )    **SUBSTITUTION OF ATTORNEY**
   |                                       )
12 | FLOYD WAYNE STANLEY,                  )
   |                                       )
13 |                      Defendant.       )
14

15

16 | SAWL & NETZER, Attorneys at Law, is hereby substituted as attorney of record for Defendant

17 | FLOYD WAYNE STANLEY _____ in place of the Federal Defender.

18

19 | **I consent to the above substitution.**

20 | Dated: _3-7-06_                              _____
                                                              Defendant
21

22 | **I consent to the above substitution.**

23 | Dated: _3/14/06_                             _____
                                                        Federal Defender
24

25 | **I consent to the above substitution.**

26 | Dated: _4-11-06_                            _____
                                                         SAWL & NETZER
27

28 | _____
                    **SUBSTITUTION OF ATTORNEY**
                    It is so Ordered. Dated: _4-12-06_

                    _____
                    United States District Judge